IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARIE HENKEL, AS
BANKRUPTCY TRUSTEE FOR
FERYAL MONAYARJI AND
ABOUD MONAYARJI,

      Appellant,

 v.

NEIGHBORHOOD RESTAURANT
PARTNERS FLORIDA, LLC D/B/A
APPLEBEE'S NEIGHBORHOOD
GRILL AND BAR,

      Appellee.
_____/

Case No.  5D22-219
LT Case No. 2015-CA-010790-O

Decision filed December 27, 2022

Appeal from the Circuit Court
for Orange County,
Jeffrey L. Ashton, Judge.

Brian J. Lee, of Morgan and Morgan,
Jacksonville, for Appellant.

Donovan A. Roper and Mark K. McCulloch, of
Roper & Roper, P.A., Apopka, for Appellee.

PER CURIAM.

    AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.